UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA G. ROMO, | ) | Case No. CV 15-2324-DMG (KES) |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Under the Court's April 2, 2015 Case Management Order, plaintiff was required to serve and file a "Memorandum in Support of Plaintiff's Complaint" (i.e., a motion for judgment on the pleadings) within 30 days of the service of defendant's responsive pleading.

The Answer was served and filed on July 31, 2015. Thus, including the 3 extra days to which plaintiff was entitled under Fed. R. Civ. P. 6(d), the filing deadline for plaintiff's motion for judgment on the pleadings was September 3, 2015. Although that deadline now has elapsed, plaintiff still has not filed his motion for judgment on the pleadings.

Accordingly, on or before **October 2, 2015**, plaintiff is ORDERED to either (a) serve and file his motion for judgment on the pleadings in accordance with the April 2, 2015 Case Management Order or (b) show good cause in writing, if any

exists, why plaintiff did not timely file his motion for judgment on the pleadings, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order.  Plaintiff is forewarned that, if he fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED:  September 10, 2015

*Karen E. Scott*
_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE